UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ENILDA SANTANA,

                                              Plaintiffs,

- against -

DEUTSCHE BANK TRUST COMPANY AMERICAS,
TULLY CONTSRUCTION CO., INC, TULLY
INDUSTRIES, BOROUGH OF MANHATTAN
COMMUNITY COLLEGE, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, WFP
TOWER A CO. L.P., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,
HILLMAN ENVIRONMENTAL GROUP, LLC, WFP
RETAIL CO. L.P., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS BANK , LTD, AMERICAN
EXPRESS TRAVEL RELATED SERVICES COMPANY,
INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., LEHMAN BROTHERS
HOLDINGS INC. , and BFP TOWER C CO. LLC,

                                              Defendants.

**21 MC 102 (AKH)**

**DOCKET NO.**

**08-CV-01637**

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, American Express Travel Related Services Company, by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

_____
Anna Tse

Sworn to before me on this
     day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__