UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ENILDA SANTANA, | DOCKET NO. |
| Plaintiffs, | 08-CV-01637 |
| | Judge Hellerstein |
| | AFFIDAVIT OF SERVICE |
| - against - | |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC, TULLY INDUSTRIES, BOROUGH OF MANHATTAN COMMUNITY COLLEGE, 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, WFP TOWER A CO. L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC, WFP RETAIL CO. L.P., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., LEHMAN BROTHERS HOLDINGS INC., and BFP TOWER C CO. LLC, | |
| Defendants. | |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

That on the 11th day of June, 2008 at approximately 9:15AM at 199 Chambers Street, 7th Floor Room 710, New York, New York, deponent served the within copy of the Summons and Complaint upon the Borough of Manhattan Community College, by delivering thereat a true copy of the same to Anna Maria F. Aniban, Assistant Director of Human Resources, an individual of suitable age and discretion.

_____
Anna Tse

Sworn to before me on this
/ / day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 __