UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ENILDA SANTANA,<br><br>Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC, TULLY INDUSTRIES, BOROUGH OF MANHATTAN COMMUNITY COLLEGE, 90 CHURCH STREET LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, WFP TOWER A CO. L.P., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT, HILLMAN ENVIRONMENTAL GROUP, LLC, WFP RETAIL CO. L.P., AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK , LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., LEHMAN BROTHERS HOLDINGS INC. , and BFP TOWER C CO. LLC,<br><br>Defendants. | DOCKET NO.<br><br>08-CV-01637<br><br>Judge Hellerstein<br><br>**AFFIDAVIT OF SERVICE** |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On June 2, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Deutsche Bank Trust Company Americas, by its designated agent, CT Corporation System, more specifically, Elena Bou, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__