UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**21 MC 102 (AKH)**

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ENILDA SANTANA,

**DOCKET NO.**

**08-CV-01637**

Judge Hellerstein

Plaintiffs,

**AFFIDAVIT OF
SERVICE**

- against -
DEUTSCHE BANK TRUST COMPANY AMERICAS,
TULLY CONTSRUCTION CO., INC, TULLY
INDUSTRIES, BOROUGH OF MANHATTAN
COMMUNITY COLLEGE, 90 CHURCH STREET
LIMITED PARTNERSHIP, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP, WFP
TOWER A CO. L.P., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,
HILLMAN ENVIRONMENTAL GROUP, LLC, WFP
RETAIL CO. L.P., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS BANK , LTD, AMERICAN
EXPRESS TRAVEL RELATED SERVICES COMPANY,
INC., LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC., LEHMAN BROTHERS
HOLDINGS INC. , and BFP TOWER C CO. LLC,

Defendants.

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within
action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On June 2, 2008, I served the within copy of Summons & Complaint by
personally serving a true copy of the same upon the Defendant, 90 Church Street, Limited
Partnership, by its designated agent, CT Corporation System, more specifically, Elena
Bou, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
2 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20