***** **AFFIDAVIT OF SERVICE** *****     06/13/2008

SHERIFFS NUMBER: S08003861          DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE...                              Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1909<br>CONTROL # 21711 | 28.00 |

### COURT DATA                                                                 ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:                    STATE: NY       COUNTY OF VENUE: Southern District

COURT DOCKET #:    08CV01637        CAPTION OF CASE

NAME:              ENILDA SANTANA
          VS       HILLMAN ENVIORMENTAL GROUP, LLC,

                   DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME:              HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:           1600 ROUTE 22 EAST
                   UNION, NJ 07083

### PAPERS SERVED
SUMMONS, VERIFIED COMPLAINT, ~~JUDGES RULES REQUIRE DESCRIPTION~~

### SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY    ☐ UNABLE TO SERVE          NUMBER OF ATTEMPTS ____
   DATE: 6/17/08   TIME: 11:26                       DATE: ____   DATE: ____
REMARKS: _____        TIME: ____   TIME: ____
         _____        DATE: ____   DATE: ____
         _____        TIME: ____   TIME: ____

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    ☒ AGENT AUTHORIZED TO ACCEPT
                                                ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY
PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST.
                            (TITLE/RELATIONSHIP)

SEX:     ☐ MALE        ☒ FEMALE
SKIN:    ☐ WHITE       ☐ BLACK     ☐ YELLOW      ☒ BROWN       ☐ RED
HEIGHT:  ☐ UNDER 5 FT. ☐ 5.0 - 5.6 FT.   ☒ 5.7 - 6.0 FT.   ☐ OVER 6 FT.
WEIGHT:  ☐ UNDER 100 LBS.  ☒ 100 - 150 LBS.   ☐ 151 - 200 LBS.   ☐ OVER 200 LBS.
HAIR:    ☐ BLACK       ☒ BROWN     ☐ BLOND      ☐ GRAY     ☐ RED     ☐ WHITE   ☐ BALDING
AGE:     ☐ 14 - 20     ☒ 21 - 35   ☐ 36 - 50    ☐ 51 - 65   ☐ OVER 65

SWORN TO AND SUBSCRIBED   FRANCES DiDONATO
BEFORE ME ON   NOTARY PUBLIC OF NEW JERSEY
               My Commission Expires Dec. 3, 2009

_signature: F. DiDonato_                    _signature: Patrick Hora_
                                             SIGNATURE
                                             SHERIFF'S OFFICER OF UNION COUNTY
                                             STATE OF NEW JERSEY